IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:15-CR-038-J |
| | ECF |
| BRIAN KEITH HODGE (03) | |

## MOTION TO DISMISS COUNTS TWO, THREE, AND EIGHT OF THE INDICTMENT

COMES NOW the United States of America through the United States Attorney in and for the Northern District of Texas, and moves the Honorable Court to dismiss Counts Two, Three, and Eight of the above-numbered indictment as to the defendant, Brian Keith Hodge, only, pursuant to the plea agreement.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY


/s/ Timothy G.E. Hammer
TIMOTHY G.E. HAMMER
Assistant United States Attorney
Kansas State Bar Number 10652
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:   806-324-2345
Facsimile:    806-324-2399
E-mail:          timothy.hammer@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2015, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorney of record who has consented in writing to accept this Notice as service of this document by electronic means.

/s/ Timothy G.E. Hammer
TIMOTHY G.E. HAMMER
Assistant United States Attorney